**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 31, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00873-CV

---

## M&M SIENNA PROPERTIES, LTD., Appellant

### V.

## MARHABA PARTNERS, LTD., Appellee

---

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2016-81009**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 15, 2019. On December 11, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.